MARY NEWMAN, Respondent, v. SIGMUND NEWMAN, Appellant.— Order modified by striking out provision for alimony, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.; Scott and Shearn, JJ., dissented.

WALLACE A. MANHEIMER, Appellant, v. MARY H. KLIMPKE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

SAMUEL NEWMAN, Respondent, v. PATRICK McGOVERN and Another, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

SAMUEL NEWMAN, Respondent, v. PATRICK McGOVERN and Another, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

HENRY STERLING CHAPIN and Another, Respondents, v. VICTOR LEONARD, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

ASTA ASCHE, an Infant, by HELGA O'CONNOR, Her Guardian ad Litem, Appellant, v. HERMAN T. ASCHE, Respondent.— Order affirmed. No opinion. Present— Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

ROSE WEISSTEIN, Appellant, v. JACOB FRECHBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

ORLANDO T. CARPENTER, as Administrator, etc., Plaintiff, v. THE NEW YORK TRUST COMPANY and Others, Impleaded with CHARLES RUSH and Another, as Two of the Executors, etc., Respondents. In the Matter of the Petition of JAMES DUNNE and Another, Appellants, to Enforce an Attorney's Lien.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

WALTER H. HILL, Respondent, v. PHIANNA MOTORS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; date of examination to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

CONGREGATION B'NAI YOSHUREM ONSHA KOLNA, Respondent, v. JACOB J. EICHNER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

HUGH N. CAMP, JR., v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

MICHAEL WHITE v. GEORGE L. DOBYNS.— Motion granted, with ten dollars costs. Present— Clarke, P. J., Laughlin, Scott, Smith and and Shearn, JJ.